**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  Progressive Life Giving Word Cathedral     )
                                                  )
                                                  )   Bankruptcy No.  15-4271
                                                  )
                      Debtor.                     )   Chapter  11

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant:  LARRY G. GOLDSMITH AND CJBS, LLC

Authorized to Provide Professional Services to:  Progressive Life Giving Word Cathedral

Date of Order Authorizing Employment:  June 17, 2015

Period for Which Compensation is Sought:
From  August 26, 2015  through  November 30, 2015

Amount of Fees Sought:  $ 3,836.85

Amount of Expense Reimbursement Sought:  $ 0

This is an:    Interim Application _____    Final Application ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 10/29/15 | 6/17/15 - 8/25/15 | $8,389.10 | $8,389.10 | $8,389.10 |

Dated:  December 8, 2015                     /s/Larry G. Goldsmith
                                                    (Counsel)

(Rev 11/19/10)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PROGRESSIVE LIFE GIVING WORD CATHEDRAL, a/k/a/ PROGRESSIVE MINISTRIES | ) ) ) | Case No. 15-4271 |
| Debtor. | ) ) ) ) ) ) | **Honorable Jack B. Schmetterer** Bankruptcy Judge Hearing Date: December 30, 2015 Time: 2:00 p.m. Courtroom 682 |

### NOTICE OF MOTION

To:   Ronald Spinner, Miller Canfield via ECF
      Cara Houck, Miller Canfield via ECF
      Patrick Layng, US Trustee, via ECF

PLEASE TAKE NOTICE that on December 30, 2015, at the hour of 2:00 p.m., we shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in Courtroom 682 usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois or before any other judge who may be sitting in his place and stead, and shall then and there present the Final Application of Larry G. Goldsmith and CJBS, LLC for Allowance of Compensation and Reimbursement of Costs and Expenses Incurred By Accountants for the Custodian, a copy of which is attached hereto and herewith served upon you.

Larry G. Goldsmith, CPA, JD
CJBS, LLC

Larry G. Goldsmith, CPA, JD
CJBS, LLC
2100 Sanders Road, Suite 200
Northbrook, IL 60062-6141
847-945-2888 (Fax: 847-945-9512)

### CERTIFICATE OF SERVICE

I, Larry G. Goldsmith, an attorney and certified public accountant, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for Case Management/Electronic Case Filing System, I caused a copy of the foregoing Notice and Motion to be served upon all parties set forth above identified as Registrants through the Court's Electronic Notice for Registrants on December 8, 2015.

Larry G. Goldsmith, CPA, JD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PROGRESSIVE LIFE GIVING WORD | ) | Case No. 15-4271 |
| CATHEDRAL, a/k/a PROGRESSIVE | ) | |
| MINISTRIES, | ) | |
| Debtor. | ) | **Honorable Jack B. Schmetterer** |
| | ) | Bankruptcy Judge |
| | ) | Hearing Date: December 30, 2015 |
| | ) | Time: 2:00 p.m. |
| | ) | Courtroom 682 |

**FINAL APPLICATION OF LARRY G. GOLDSMITH AND CJBS, LLC FOR ALLOWANCE OF FINAL COMPENSATION BY ACCOUNTANTS FOR THE DEBTOR**

NOW COMES Larry G. Goldsmith and CJBS, LLC (collectively "CJBS") and requests that this Court enters an Order allowing final compensation for services rendered, and in support thereof states as follows:

1. On June 17, 2005, the debtor was authorized to employ Larry G. Goldsmith and CJBS, LLC (collectively "CJBS") to assist the Debtor in connection with preparing and filing the necessary operating reports and provide required accounting professional services.

2. On October 29, 2015 the court granted CJBS is requesting an initial interim fee application in the amount of $8,389.10 including reimbursement of expenses in the amount of $0.00 for the period June 17, 2005 through August 25, 2015.

3. Now CJBS is requesting a final fee application for the period August 26, 2015 through November 30, 2015 in the amount of $3,836.85.

4. In preparing this Application, CJBS has endeavored to comply with local Bankruptcy Rule 607 and the guidelines set forth in In re Continental Illinois Securities Litigation, 572 F. Supp. 931 (N.C. Ill. 1983), In re Convent Guardian Corp., 103 B.R. 937 (Bankr. N.D. Ill. 1989) and In re Adventist Living Centers, Inc., 137 B.R. 692 (Bankr. N.D. Ill. 1991). In compliance therewith, CJBS has presented the services rendered by category of activities, identifying the activities within the category chronologically, Exhibit B, naming each person who performed the activity, with the number of hours spent by such person, and a description of the

work performed, Exhibit C.  The date work performed set forth in the statement of services attached as Exhibit D; **narrative**, to this Application, together with an explanation of each category.

5.  In rendering the above-described services, CJBS has expended a total of 27.30 hours.  The Overall Billing Summary attached as Exhibit A hereto sets forth the hourly rates in effect for each partner and staff member during the period covered by this Application.

6.  CJBS asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such services.  CJBS further asserts that the cost of services rendered for and on behalf of the Estate is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

WHEREFORE, CJBS prays for the entry of an order allowing CJBS fees for professional services rendered during the Application Period in the amount of $3,865.85 and expenses having been incurred herein on behalf of the Estate in the amount of $0.00.  Therefore we pray that the Court directs the Debtor, Progressive Life Giving Word Cathedral, a/k/a/ Progressive Ministries to remit to Larry G. Goldsmith and CJBS, LLC the sum of $3,865.85, which is the net of the fees and expenses requested in this application and granting such other and further relief as is just.

CJBS, LLC

Larry G. Goldsmith, JD, CPA

Larry G. Goldsmith, JD, CPA
CJBS, LLC
2100 Sanders Road, Suite 200
Northbrook, IL 60062-6141
847-945-2888 (Fax: 847-945-9512)