IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE                                              ) | |
| PROGRESSIVE LIFE GIVING WORD    ) | Case No, 15-4271 |
| CATHEDRAL, a/k/a PROGRESSIVE     ) | Chapter 11 |
| MINISTRIES,                                  ) | Hon. Jack B. Schmetterer |
| Debtor, Debtor-in-possession           ) | |

TO:    SEE ATTACHED SERVICE LIST

### NOTICE OF MOTION

PLEASE BE ADVISED that on December 30, 2015 at 2:00 p.m., I shall appear before the Honorable Judge Jack B. Schmetterer or any other judge sitting in his stead, at the 219 South Dearborn Street, Room 682, Chicago, Illinois, and I will then and there present the **MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**, a copy of which is attached hereto and is hereby served upon you, at which time and place you may appear as you see fit to do.

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE and MOTION to be served on all persons set forth on the attached Service List and identified as Registrants through the Court's Electronic Notice for Registrants and as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail from Lisle, Illinois on December 22, 2015.

/s/ Richard L Hirsh
Richard L. Hirsh

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630 434-2600
630/434-2626 (fax)
Atty. # 1225936

## SERVICE LIST

Bank of America
PO Box 2864
Hartford, CT 06101

Progressive Life Giving Word Cathedral
4500 Frontage Road
Hillside, IL 60162-1733

Bearcat Leasing
188 Industrial Dr., #104
Elmhurst, IL 60126-1608

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Congress Development Co
c/o Awin management I allied Waste
18500 N. Allied Way
Phoenix, AZ 85054-6164

Donald Alford
624 Robinwood Court
Wheaton, IL 60189-8700

First City Servicing Corp.
P.O. Box 416195
Boston, MA 02241-6195

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197-0002

First National Bank of Omaha
PO Box 2818
Omaha, NE 68103-2818

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Konica Minolta
c/o Abrams & Abrams
180 W. Washington, Ste 910
Chicago, IL 60602-2316

Miller Canfield Paddock & Stone **VIA ECF**
Attn: Cara Houck
225 W. Washington St., Ste 2600
Chicago, IL 60606-3439

Ryan Ferret
Wells Fargo Equipment Financing
800 Walnut Street MAC N0005-055
Des Moines, IA 50309-3891

TBF FINANCIAL LLC (Konica Minolta)
c/o Abrams & Abrams
180 W. Washington, Ste 910
Chicago, IL 60602-2316

TBF Financial LLC
740 Waukegan Road
Ste 404
Deerfield, IL 60015-5505

Toyota Motor Credit Corp
PO BOX 8026
Cedar Rapids IA 52408-8026

Toyota Motor Credit Corporation (TMCC)
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

VFC Partners 27 LLC
POB 8216
Waco, TX 76714-8216

Wells Fargo Leasing
P.O. 6434
Carol Stream, IL 60197-6434

VFC Partners 27 LLC **VIA ECF**
c/o Ronald A. Spinner
Miller Canfield Paddock & Stone PLC
150 West Jefferson Ave.
Suite 2500
Detroit, MI 48226-4415

Larry Goldsmith
CJBC LLC
2100 Sanders Road, Ste 200
Northbrook, IL 60062-6141

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309-3605

Patrick S Layng **VIA ECF**
Office of the U.S. Trustee
Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604-2027

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ) | |
| PROGRESSIVE LIFE GIVING WORD ) | Case No, 15-4271 |
| CATHEDRAL, a/k/a PROGRESSIVE ) | Chapter 11 |
| MINISTRIES, ) | Hon. Jack B. Schmetterer |
| DEBTOR, DEBTOR-IN-POSSESSION ) | |

## **MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

NOW COMES Progressive Life Giving Word Cathedral, the Reorganized Debtor, by and through its attorney Richard L. Hirsh and Richard L. Hirsh, P.C., and in support of its Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 USC §350, and Bankruptcy Rule 3022, states as follows:

1. On or about February 10, 2015, the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. On November 24, 2015, an Order approving the Plan and confirming the Plan of Reorganization (Confirmation Order) was entered by this Court. The Confirmation Order is final and not subject to appeal. Pursuant to the Plan, the reorganized Debtor has commenced to performance obligations under the Plan, as set forth below.

    a. The Debtor in the twenty-one (21) days since Confirmation has executed all of the documents which are related to the foreclosure pending in the Circuit Court of Cook County and delivered them in proper form to the secured creditor, VFC Partners 27, LLC.

    b. The Debtor was required under the Plan to transfer to VFC the sum of $100,000.00 on or before December 24, 2015. That sum of money was wired by the Debtor on

3

      December 22, 2015 to VFC.

3.    No other activity or conduct was required under the Plan prior to the date for the entry of the final decree. Monthly mortgage payments to VFC do not commence until January 1, 2016 and payments to the unsecured creditors do not commence until approximately March, 2017.

4.    The Reorganized Debtor has not undertaken to file any claim objections.

5.    There are no remaining contested matters pending and no further steps need to be taken to facilitate the administration of the Confirmed Plan.

      WHEREFORE, Progressive Life Giving Word Cathedral, Reorganized Debtor, prays for an Order entering a final decree and closing the Chapter 11 case, and, for such other relief as may be appropriate.

                                Respectfully submitted,
                                PROGRESSIVE LIFE GIVING
                                WORD CATHEDRAL

                                By:   /s/Richard L. Hirsh
                                       Attorney for Debtors

Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630/434-2600
Atty. #1225936