UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-4271 |
| PROGRESSIVE LIFE GIVING WORD ) | | |
| CATHEDRAL, ) | Chapter: | 11 |
| ) | Honorable Jack B. Schmetterer | |
| ) | | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER ALLOWING FINAL DECREE CLOSING CHAPTER 11 CASE**

This cause coming to be heard on the Reorganized Debtors' Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

A. The Motion is granted.

B. The Final Decree closing the case is hereby entered.

Enter: _____
United States Bankruptcy Judge

Dated: DEC 3 0 2015

**Prepared by:**
Richard L. Hirsh
Richard L. Hirsh, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630 434-2600
Atty. #1225936

Rev: 20130103_bko